**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ERIC BURGIE
ADC #120956                                                                                                  PETITIONER

VS.                                      5:06CV00205 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

(1)   Respondent's Motion to Dismiss (docket entry #7) is GRANTED; and

(2)   Petitioner's Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entries #2) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 21st day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE